Fred T. CALDWELL, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 433, 2016

Supreme Court of Delaware.

Submitted: October 14, 2016

Decided: November 16, 2016

Court Below: Superior Court of the State of Delaware, Cr. ID. No. 0207018104B

AFFIRMED.

■

In the MATTER OF A MEMBER OF the BAR of the Supreme Court of the State of Delaware: Francis E. FARREN, Respondent.

No. 552, 2016

Supreme Court of Delaware.

Submitted: November 14, 2016

Decided: November 17, 2016

ODC File Nos. 113052–B, 113189–B

Transferred.

■

Robert WORLEY, Defendant Below–Appellant,

v.

STATE of Delaware, Plaintiff Below–Appellee.

No. 132, 2016

Supreme Court of Delaware.

Submitted: October 19, 2016

Decided: November 21, 2016

Court Below: Superior Court of the State of Delaware, Cr. No. 1206000145 A & B

AFFIRMED.

■

Richard J. MORGAN, Defendant Below–Appellant,

v.

STATE of Delaware, Plaintiff Below–Appellee.

No. 509, 2016

Supreme Court of Delaware.

Submitted: October 21, 2016

Decided: November 21, 2016

Court Below—Superior Court of the State of Delaware, Cr. ID 1003022700

AFFIRMED.